Ryan J. McCarthy, Bar #020571
Alexander R. LaCroix, Bar #030166
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7878
rmccarthy@jshfirm.com
alacroix@jshfirm.com

Attorneys for Defendant Silver Spur MHP, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Simington, Individually, | NO. |
| Plaintiff, | **Notice of Removal** |
| v. | |
| Silver Spur MHP, L.L.C., a foreign limited liability company; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5, | |
| Defendant. | |

Defendant Silver Spur MHP, L.L.C. ("Defendant") hereby files the following notice of removal of this action currently pending in the Superior Court of the State of Arizona, County of Maricopa, No. CV2020-00985, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  As grounds for removal, Defendant states as follows:

I.      **PROCEDURAL HISTORY**

1.      The above captioned case commenced when Plaintiff Susan Simington ("Plaintiff") filed a complaint in Maricopa County Superior Court on or about, August 17, 2020.  *See* Plaintiff's Complaint, along with the complete Superior Court file, attached as **Exhibit A**.

2.      Defendant Silver Spur MHP, L.L.C. was served on or around August

8756154.1

19, 2020.

## II.   TIMELINESS OF REMOVAL

1.     Under 28 U.S.C. § 1446(b), a defendant is provided thirty days from the date of service of a complaint within which to file a notice of removal to federal court.

2.     This Notice of Removal, therefore, is timely.   *See* 28 U.S.C. § 1446(b).

3.     A Notice of Filing Notice of Removal was filed in Maricopa County Superior Court.  *See* Notice of Filing Notice of Removal, attached as **Exhibit B.**

## III.   BASIS FOR REMOVAL

1.     This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because:   (1) there is complete diversity of citizenship between Plaintiff and Defendant; and (2) the matter in controversy, excluding interest and costs, appears to exceed the sum or value of $75,000.  *See* 28 U.S.C. § 1332(a).

### A.     Diversity of Citizenship

1.     As stated in the Complaint, Plaintiff resides in Maricopa County, Arizona.  *See* Complaint at ¶ 1. Plaintiff is thus a citizen of Arizona.

2.     Defendant Silver Spur MHP, L.L.C. was incorporated in Utah and has a principal place of business in Utah, *see* Complaint at ¶ 2. Defendant is thus a citizen of Utah.

3.     There is, therefore, complete diversity of citizenship between Plaintiff and Defendant, and the diversity of citizenship requirement is satisfied.

### B.     Value of Matter in Controversy

1.     Plaintiff alleges that Defendant's conduct caused her serious physical, economic and emotional injuries.  *See* Complaint at ¶¶  32-35. Specifically, she is claiming that these injuries caused her between "$2,007,990.50 to $2,056,896.50" worth of special damages. *See* Demand attached as **Exhibit C**, pg. 6.

2.     Thus, Plaintiff certified that the damages sought in this case exceed $75,000.

3.      Taking together Plaintiff's allegations in her Complaint with the representations in her Demand attached as Exhibit C that her special damages are between "$2,007,990.50 to $2,056,896.50," the amount in controversy is sufficient to meet the jurisdictional threshold.  *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 699 (9th Cir. 2007)("[S]uch requirement is presumptively satisfied unless it appears to a 'legal certainty' that the plaintiff cannot actually recover that amount").

6.      Thus, under 28 U.S.C. §1332(a), this Court has jurisdiction over this matter because the parties hereto are citizens of different states and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

**WHEREFORE**, Defendant respectfully requests that the above action now pending in in Maricopa County Superior Court be removed to this Court.

DATED this 14th day of September 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By  */s/ Ryan J. McCarthy*
Ryan J. McCarthy
Alexander R. LaCroix
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Silver Spur MHP, LLC

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on this 14th day of September 2020, I caused the

3 foregoing document to be filed electronically with the Clerk of Court through the

4 CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

5 system.

6

7

8

9

10

11

12

/s/ *Gail Hardin*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28