# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Susan Simington | **Defendant(s):** Silver Spur MHP, LLC |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Steven J. Jones , Attorney**
**Phillips Law Group, P.C.**
3101 N. Central Avenue, Ste. 1500
Phoenix, Arizona  85012
602-258-8900

**Timothy G. Tonkin , Attorney**
**Phillips Law Group, P.C.**
3101 N. Central Avenue, Ste. 1500
Phoenix, Arizona  85012
602-258-8900

Defendant's Atty(s):

**Ryan J. McCarthy , Attorney**
**Jones, Skelton & Hochuli, PLC**
40 North Central Ave, Ste. 2700
Phoenix, Arizona  85001
602-263-1700

**Alexander R. LaCroix , Attorney**
**Jones, Skelton & Hochuli, PLC**
40 North Central Ave. Ste. 2700
Phoenix, Arizona  85004
602-263-1700

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2020-009859**

II. Basis of Jurisdiction:        **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

IV. Origin :         **2. Removed From State Court**

V. Nature of Suit: **360 Other Personal Injury**

VI. Cause of Action: **Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446.**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **NA**
Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **None** assigned to Judge **.**

**Signature:** **/s/ Alexander R. LaCroix**

**Date:** **9/14/2020**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014