**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Simington,<br><br>            Plaintiff,<br><br>v.<br><br>Silver Spur MHP LLC, et al.,<br><br>            Defendants. | No. CV-20-01789-PHX-ESW<br><br>**ORDER** |

The Court has considered the Stipulation to Extend Select Deadlines (Doc. 55). For good cause shown,

**IT IS ORDERED** granting the Stipulation to Extend Select Deadlines (Doc. 55). The deadline to participate in good faith settlement talks is extended to November 8, 2021. The deadline to file a report regarding settlement talks is extended to November 15, 2021. All remaining deadlines are affirmed.

Dated this 14th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge